**Fill in this information to identify the case:**

Debtor 1     James Moore Jr

Debtor 2     Sandra D Moore aka Sandra Slack Moore

United States Bankruptcy Court for the: Northern District of Mississippi

Case number :    24-13723-SDM

## Official Form 410S2

### Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank Trust National Association, not in its individual capacity but as Owner Trustee for GSMS 2021-1 Trust | **Court claim no.** (if known): | **10** |

**Last 4 digits** of any number you use to identify the debtor's account:     **3206**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

**Part 1:   Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | | $0.00 |
| Filing fees and court costs | | $0.00 |
| Bankruptcy/Proof of claim fees | 01/31/2025 | $175.00 |
| Appraisal/Broker`s price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | 12/06/2024 | $175.00 |
| Other. Specify: 410A Fee | | $0.00 |
| Other. Specify: Objection to Confirmation | 01/14/2025 | $150.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  <u>James Moore                   Jr</u>                              Case Number: <u>24-13723-SDM</u>
          First Name     Middle Name          Last Name

**Part 2:  Sign Below**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/s/Christopher Giacinto                                    </u>       Date  <u>04-04-2025      </u>
Signature

Print:   <u>Christopher Giacinto                    </u>         Title  <u>Authorized Agent for Creditor</u>

Company    <u>Padgett Law Group</u>

Address    <u>6267 Old Water Oak Road, Suite 203</u>

           <u>Tallahassee FL, 32312</u>

Contact phone   <u>(850) 422-2520</u>          Email    <u>PLGinquiries@padgettlawgroup.com</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

In Re;

**James Moore Jr**  Case No.: 24-13723-SDM
**Sandra D Moore**
*aka* Sandra Slack Moore

**Debtor(s)**  Chapter: 13

**CERTIFICATE OF SERVICE**

I, hereby certify that on 5/7/25, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

**Service by U.S. First Class Mail**

**Debtor**
James Moore, Jr.
219 Prentiss Ave
Drew, MS 38737

**Co-Debtor**
Sandra D Moore
219 Prentiss Ave
Drew, MS 38737
aka Sandra Slack Moore

**By Electronic Mail**
**Attorney for Debtor**
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee**
Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

**US Trustee**
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

/s/  Christopher Giacinto