

# INVOICE

Invoice # 7883
Date: 05/07/2025
Due On: 06/06/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

James Moore, Jr. and Sandra D Moore

## 05633-Moore James Moore, Jr. and Sandra D

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | KR | 12/20/2024 | Drafted and reviewed invoice for attorney and expense fees | 0.20 | $0.00 | $0.00 |
| Service | KR | 12/20/2024 | Drafted lodestar with calculations from invoice; reviewed time entries for summary of work done on case; drafted Application for Compensation, affidavit and the Proposed Order | 0.70 | $0.00 | $0.00 |
| Service | KR | 12/20/2024 | Drafted email memo to TR re: reviewed 1st Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/20/2024 | Drafted email memo to VM with the affidavit to notarize for the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/20/2024 | Review email from Attorney: Reviewed email memo from TR re: 1st Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | CO | 12/23/2024 | Contact Debtor (Text/Email): Reviewed text from debtor asking if we received the documents emailed by them. Reviewed several emails with photos of federal tax returns. Responded to debtor's stating they were received but not what was requested, and asked if they had filed State taxes in 2022. | 0.10 | $100.00 | $10.00 |
| Service | CO | 12/30/2024 | Contact Debtor (Text/Email): Called debtor and attempted to leave a voicemail but could not. Drafted text | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to debtor requesting they call back. | | | |
| Service | BB | 12/30/2024 | Reviewed voicemail from debtor and forwarded to CO. | 0.10 | $0.00 | $0.00 |
| Service | CO | 12/30/2024 | Review and organize documents provided by debtor: Phone conference with debtor regarding state tax returns. Debtor stated they could not find copies of their tax returns for either year but would keep looking. Redacted social security number from 2022 and 2023 federal tax returns. Uploaded taxes, bank statements, pay advices, ID, social security cards and confirmation order per trustee requirements. | 0.40 | $100.00 | $40.00 |
| Service | CO | 12/31/2024 | Call Debtor: Called debtor to run through a practice zoom call. | 0.30 | $100.00 | $30.00 |
| Service | BB | 12/31/2024 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for their date. | 0.10 | $100.00 | $10.00 |
| Service | TR | 01/02/2025 | Review: 24-13723-SDM Hearing Set (Document) Video Document# 15 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/02/2025 | Attend Meeting of Creditors | 0.40 | $360.00 | $144.00 |
| Service | KR | 01/03/2025 | Drafted document with the debtor's contact information; prepared for upload to the Trustee's website | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/06/2025 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certification of Compliance of Filing of Payment Advices with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/06/2025 | Review: Proof of Claim 24-13723-SDM Ally Bank Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/06/2025 | Review: Proof of Claim 24-13723-SDM Ally Bank Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/09/2025 | Review: Proof of Claim 24-13723-SDM Internal Revenue Service Document # 6 | 0.20 | $360.00 | $72.00 |
| Service | KR | 01/10/2025 | Call Debtor: Telephone conference | 0.10 | $155.00 | $15.50 |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   |   | with debtor about the IRS claim filed being higher than listed in the plan; informed him of the increased plan payment amount. |   |   |   |
| Service | JAC | 01/13/2025 | Review: Proof of Claim 24-13723-SDM The Bank of Missouri dba Fortiva Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/13/2025 | Review: Proof of Claim 24-13723-SDM The Bank of Missouri dba Fortiva Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/14/2025 | Review: 24-13723-SDM Objection to Confirmation of the Chapter 13 Plan Document# 20 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/14/2025 | Confirmation Hearing N.D. - 1/23/2025 | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/16/2025 | Review: 24-13723-SDM Hearing Set (Document) Document# 22 | 0.10 | $360.00 | $36.00 |
| Service | CO | 01/21/2025 | Incoming Call: Phone conference with debtor inquiring about an objection to the debtor's chapter 13 plan, filed by the debtor's mortgage company. Reviewed court notices and tasks. Informed debtor the attorney was preparing a response and we would contact them with an update. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/23/2025 | Review: 24-13723-SDM Order on Application for Compensation Document# 24 | 0.10 | $0.00 | $0.00 |
| Service | BM | 01/30/2025 | Review: Proof of Claim 24-13723-SDM Tower Loan of Mississippi, LLC Document # 9 | 0.10 | $155.00 | $15.50 |
| Service | BM | 01/31/2025 | Review: Proof of Claim 24-13723-SDM U.S. Bank Trust National Association, Document # 10 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/01/2025 | Review: Proof of Claim 24-13723-SDM U.S. Bank Trust National Association, Document # 10 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/01/2025 | Review claims register to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/05/2025 | Review: 24-13723-SDM Notice to Debtor of Plan Payment Change Document# 26 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/05/2025 | Review: 24-13723-SDM Motion to Dismiss/Withdraw Document Document# 27 | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 02/05/2025 | Review: 24-13723-SDM Order on Motion to Dismiss/Withdraw Document Document# 28 | 0.10 | $360.00 | $36.00 |
| Service | CO | 02/06/2025 | Contact Debtor (Text/Email): Reviewed Notice to Debtor of Plan Payment Change Document# 26; Drafted email to debtor with a copy of the notice. | 0.10 | $100.00 | $10.00 |
| Service | CO | 02/19/2025 | Incoming Call: Phone conference with debtor with questions concerning a motion to dismiss/withdraw its objections to the confirmation of plan. Informed debtor the creditor original had an issue with the plan but has since removed their objection. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/12/2025 | Review: 24-13723-SDM Notice to Debtor of Plan Payment Change Document# 34 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/12/2025 | Review: 24-13723-SDM Order Confirming Chapter 13 Plan Document# 35 | 0.10 | $360.00 | $36.00 |
| Service | CO | 03/17/2025 | Contact Debtor (Text/Email): Drafted email to debtor with notice of plan payment change. | 0.10 | $100.00 | $10.00 |
| Service | TR | 04/30/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/07/2025 | Reviewed court docket for the previous order and invoice filed; reviewed Trustee's website for amount of attorney's fees paid; drafted 1st part of the Application and lodestar | 0.40 | $155.00 | $62.00 |
| | | | | **Services Subtotal** | | **$1,133.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/24/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $40.04 | $40.04 |
| | | | **Expenses Subtotal** | | **$40.04** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 1.5 | $360.00 | $540.00 |
| | Jennifer Curry Calvillo | Attorney | 0.1 | $0.00 | $0.00 |

| Name | Role | Hours | Rate | Amount |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 0.9 | $360.00 | $324.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Breanne McDaniel | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Breanne McDaniel | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 1.2 | $100.00 | $120.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 0.8 | $155.00 | $124.00 |
| Kerri Rodabough | Non-Attorney | 1.2 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,173.54** |
| | | | **Total** | **$1,173.54** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7369 | 01/19/2025 | $2,046.20 | $0.00 | $2,046.20 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7883 | 06/06/2025 | $1,173.54 | $0.00 | $1,173.54 |
| | | | **Outstanding Balance** | **$3,219.74** |
| | | | **Total Amount Outstanding** | **$3,219.74** |