# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**  James Moore, Jr.  Case No. 24-13723-SDM
Sandra D. Moore, Debtors  CHAPTER 13

### SECOND ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,000.50 | $45.70 | $2,046.20 | 24 | 01/23/2025 |
| $1,133.50 | $40.04 | $1,173.54 | n/a | n/a |
| $3,134.00 | $85.74 | $3,219.74 | | |



# INVOICE

Invoice # 7369
Date: 12/20/2024
Due On: 01/19/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

James Moore, Jr. and Sandra D Moore

## 05633-Moore James Moore, Jr. and Sandra D

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | BM | 10/23/2024 | Reviewed documents provided by debtor: Information packet, PERS statements, tax returns, bank statements. Provided list of documents we still need to legal assistant. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 10/23/2024 | Incoming Call: Telephone call from debtor requesting to speak with SA; drafted email memo to SA and CO to call debtor back | 0.20 | $100.00 | $20.00 |
| Service | SA | 10/23/2024 | Call Debtor: Received email from CO and KAR advising client requested a phone call. I called and spoke with James who had questions about the credit counseling course and information being requested. I assisted by answering his question. | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/23/2024 | Incoming Call: Call from debtors with questions about the pre petition credit counseling, addressed all questions. | 0.20 | $155.00 | $31.00 |
| Service | SA | 10/25/2024 | In-Office Conference: Assisted clients with completing their first credit counseling course. | 2.00 | $100.00 | $200.00 |
| Service | CO | 10/28/2024 | Reviewed account to see what paper work is missing for refile. Drafted memo to BM for clarification on needed PERS information. Drafted email memo to debtors requesting Social Security Income information, PERS payments | 0.20 | $100.00 | $20.00 |

Page 1 of 8

| | | | and color copies of their ID and SSC. | | | |
|---|---|---|---|---|---|---|
| Service | CO | 10/28/2024 | Incoming Call: phone conference with debtor with questions regarding email sent requesting PERS and Social Security income amounts, and color copies of their ID cards. Clarified what was need. | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/30/2024 | Reviewed file to determine if we have all documents needed for attorney review, information on debtors' PERS 13th check still needed. Sent memo to legal assistant. | 0.20 | $155.00 | $31.00 |
| Service | CO | 11/01/2024 | Call Debtor: Phone conference with debtors to request the amount for each of their 13th PERS checks. Update task notes and sent to BM. | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/04/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers licenses, and social security cards) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.20 | $155.00 | $31.00 |
| Service | BM | 11/05/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, Schedule I/J, Form 122 | 0.50 | $155.00 | $77.50 |
| Service | CO | 11/06/2024 | Contact Debtor (Text/Email): Sent an email with debtor's matrix for them to review and respond. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/07/2024 | Review & revise drafted petition, schedules prepared by bm. Sent back to bm to make changes | 0.30 | $360.00 | $108.00 |
| Service | CO | 11/18/2024 | Review and organize documents provided by debtor: received email from debtor with PERS statements for both debtors. Converted image file to PDF and organized into client's folder. | 0.20 | $100.00 | $20.00 |
| Service | BM | 11/18/2024 | Made remaining changes to Schedules after receiving information from debtors | 0.20 | $155.00 | $31.00 |
| Service | CO | 11/18/2024 | Incoming Call: Phone conference with debtor regarding notice from the court. Reviewed court notice on best case and informed debtors it was a notice relaying that their previous case was closing. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 11/19/2024 | Input Case - calculate plan payment prepare schedule J and AF disclosure | 0.30 | $360.00 | $108.00 |
| Service | JAC | 11/22/2024 | Prepare draft declaration to ext stay for signing appointment | 0.20 | $360.00 | $72.00 |
| Service | JAC | 11/22/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | TR | 11/22/2024 | Conference w/ client to review and revise petition, schedules, statements and plan - discussed clients duties under bankruptcy code | 0.50 | $360.00 | $180.00 |
| Service | CO | 11/22/2024 | Call Debtor: Called debtor on behalf of attorney to ask how they let their bankruptcy case get dismissed and what steps they were taking to ensure they make they complete their bankruptcy plan this time. Debtor stated they tried to help their son who was also struggling financially and that set them behind. They stated once their case was dismissed they realized how important it was to prioritize taking care of their own financial responsibilities before trying to help anyone else. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/22/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | KR | 11/25/2024 | Draft Notice, Motion & Order: Drafted Motion and Proposed Order to Extend Stay; revised dates on the Declaration to Extend Stay | 0.30 | $155.00 | $46.50 |
| Service | CO | 11/25/2024 | Contact Debtor (Text/Email): Drafted email with chapter 13 yellow page information. Reviewed best case for chapter 13 plan and included the specifics of their bankruptcy plan into the yellow page document. included online payment information sheet and sent to debtors. | 0.20 | $100.00 | $20.00 |
| Service | TR | 11/25/2024 | Review and approve motion to extend stay drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/26/2024 | Received the Declaration of Mailing from Certificate of Service; prepared the Motion to Extend Stay and the Declaration for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/26/2024 | Reviewed Hearing Notice for the docket number; revised the Proposed Order; prepared the Proposed Order for upload | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to the court | | | |
| Service | JAC | 11/27/2024 | Review: Proof of Claim 24-13723-SDM American Credit Acceptance Document # 1 | 0.20 | $360.00 | $72.00 |
| Service | KR | 11/27/2024 | Prepared the Notice and the Plan for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | BB | 11/27/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | KR | 11/27/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice with the Declaration of Mailing attached and the Plan for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/28/2024 | Review: 24-13723-SDM Meeting of Creditors Document# 6 | 0.20 | $360.00 | $72.00 |
| Service | TR | 11/28/2024 | Review: 24-13723-SDM Hearing Set (Document) Video Document# 9 | 0.10 | $360.00 | $36.00 |
| Service | KR | 12/02/2024 | Reviewed Plan; drafted Confirmation Order; drafted email memo to TR re: review Confirmation Order | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/02/2024 | Review email from Attorney: Reviewed email memo from TR re: Confirmation Order; prepared the Confirmation Order for upload to clio to attach with the Trustee documents for the Meeting of Creditors | 0.10 | $155.00 | $15.50 |
| Service | CO | 12/06/2024 | Review and organize documents provided by debtor: Reviewed Meeting of Creditors to determine debtor's trustee; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; reduced and redacted to include only the specific dates and information required by trustee. | 0.60 | $100.00 | $60.00 |
| Service | CO | 12/09/2024 | Call Debtor: Called debtor to remind them to make their first payment before Dec. 20th. Debtor had a question about notices from the court about hearings. Clarified to debtors that they only need to attend the meeting of creditors scheduled for 1/2/24 and scheduled a | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | practice zoom call 12/23 at 2 pm. | | | |
| Service | KR | 12/10/2024 | Review and organize documents provided by debtor: Reviewed the court docket for the schedules to verify the financial accounts and income; reviewed all bank statements, pay advices, taxes, identification and the Confirmation Order for the legal assistant to upload to the Trustee's website for the Meeting of Creditors | 0.30 | $155.00 | $46.50 |
| Service | JAC | 12/12/2024 | Review: Proof of Claim 24-13723-SDM Quantum3 Group LLC as agent for Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/12/2024 | Review: Proof of Claim 24-13723-SDM Quantum3 Group LLC as agent for Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/17/2024 | Review: 24-13723-SDM Notice of Terminated Hearing due to Settlement, Default, Continuance or Dismissal Document# | 0.10 | $360.00 | $36.00 |
| Service | CO | 12/18/2024 | Contact Debtor (Text/Email): Drafted email and text to debtor requesting 2022 state tax returns. | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/19/2024 | review and revise itemizations | 0.30 | $360.00 | $108.00 |
| Service | TR | 12/19/2024 | Review: 24-13723-SDM Order on Motion to Extend Automatic Stay Document# 12 | 0.10 | $360.00 | $36.00 |
| **Non-billable services** | | | | | | |
| Service | SA | 10/24/2024 | Sent options fee agreement to clients to e-sign; called Mr. Moore to advise. | 0.20 | $100.00 | $20.00 |
| Service | SA | 10/24/2024 | Incoming Call: Clients called with issues completing the credit counseling course. They requested to come into the office to complete it. Scheduled for 10/25 at 10am. | 0.20 | $100.00 | $20.00 |
| Service | SA | 10/24/2024 | Administrative - non-billable work: Received email notification that both clients e-signed fee agreement. | 0.10 | $100.00 | $10.00 |
| Service | KR | 10/25/2024 | Review and respond to email memo: Reviewed email memo from CO re: NSLDS task and credit report; reviewed previous case and best case for old credit report; drafted email memo to CO provided the credit report from previous case | 0.20 | $155.00 | $31.00 |
| Service | CO | 10/29/2024 | Review and respond to email memo: | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Reviewed email memo from SA about a missed call from debtor. Called debtor back and confirmed receipt of sent social security income letters and ID cards. | | | |
| Service | CO | 10/29/2024 | Review of all documents to ensure we have all documents for attorney to prepare case. Sent file to attorney.: Converted and uploaded ID, social security cards, Social security benefits letter and PERS benefit letters into clients folder. | 0.30 | $100.00 | $30.00 |
| Service | CO | 11/07/2024 | Reviewed email from debtor with emergency contacts and updated their file. | 0.10 | $100.00 | $10.00 |
| Service | CO | 11/07/2024 | Reviewed email from debtor with emergency contact information. Replied to inquire about debtors matrix. | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/12/2024 | Made changes in best case per the attorney. | 0.20 | $155.00 | $31.00 |
| Service | CO | 11/14/2024 | Incoming Call: Phone conference with debtor regarding information requested by attorneys. Debtor stated they had not received an October statement for PERS and were willing to request one but it would take some time to arrive by mail. Since the statement amounts are the same from month to month we decided she would submit September along with the other information requested until October statement arrived. | 0.10 | $100.00 | $10.00 |
| Service | CO | 11/15/2024 | Review and organize documents provided by debtor: Received email from debtor with photos of their mortgage statement and PERS statements. Converted files to PDF and uploaded to debtor's folder. | 0.20 | $100.00 | $20.00 |
| Service | BB | 11/19/2024 | Contact Debtor (Text/Email): Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/21/2024 | Call Debtor: Call with debtors to provide assistance with e-signing fee agreement. Scheduled signing with attorney while we were on the phone | 0.30 | $155.00 | $46.50 |
| Service | JAC | 11/21/2024 | Review clio memo re: signing appointment scheduled | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | SA | 11/22/2024 | Administrative - non-billable work: Scanned and emailed signing docs to JAC | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/22/2024 | Send Debtor(s) the case number | 0.10 | $360.00 | $36.00 |
| Service | JAC | 11/22/2024 | Update Contact | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/25/2024 | Telephone conference with the Northern Bankruptcy Court re: Motion to Extend Stay; drafted email memo to TR re: Motion to Extend Stay/Declaration to Extend Stay | 0.20 | $155.00 | $31.00 |
| Service | SA | 11/25/2024 | Administrative - non-billable work: Changed Bucket to "Filed" in Lawmatics | 0.10 | $100.00 | $10.00 |
| Service | KR | 11/26/2024 | Review email from Attorney: Reviewed email memo from TR re: Motion to Extend; revised dated on Motion; prepared the Motion and the Declaration for upload to certificate of service | 0.20 | $155.00 | $31.00 |
| Service | KR | 11/26/2024 | Reviewed court docket for plan and the Meeting of Creditors; started drafted Notice of Plan | 0.20 | $155.00 | $31.00 |
| Service | JAC | 11/27/2024 | Review: 24-13723-SDM Notice of Appearance Document# 8 | 0.10 | $360.00 | $36.00 |
| | | | | **Services Subtotal** | | **$2,000.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/26/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $18.92 | $18.92 |
| Expense | 11/27/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $26.78 | $26.78 |
| | | | **Expenses Subtotal** | | **$45.70** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.8 | $360.00 | $648.00 |
| Thomas Rollins | | Attorney | 1.4 | $360.00 | $504.00 |
| Shaton Andrews | | Non-Attorney | 2.1 | $100.00 | $210.00 |
| Brooke Brueland | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Breanne McDaniel | | Non-Attorney | 1.5 | $155.00 | $232.50 |
| Clara Ortega | | Non-Attorney | 1.9 | $100.00 | $190.00 |

Invoice # 7369 - 12/20/2024

| | | | | |
|---|---|---|---|---|
| Kirsten Raimey | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | Non-Attorney | 1.2 | $155.00 | $186.00 |
| | | | **Subtotal** | **$2,046.20** |
| | | | **Total** | **$2,046.20** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7369 | 01/19/2025 | $2,046.20 | $0.00 | $2,046.20 |
| | | | **Outstanding Balance** | **$2,046.20** |
| | | | **Total Amount Outstanding** | **$2,046.20** |