**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                                          CHAPTER 13 CASE NO:

**JAMES MOORE, JR.**                                                              24-13723-SDM
**219 PRENTISS AVE**
**DREW, MS 38737**

## NOTICE TO DEBTOR

NOTICE is hereby given that your plan payment will change from **$3,466.00 MONTHLY** to **$3491.00 MONTHLY** effective in <u>08/2025</u>. The prior payment of $3,466.00 will be due for 07/2025.

The reason for the changes in your plan payment is:

_____    Due to a change in your monthly mortgage payment.

_____    Due to a claim being filed for a different amount than scheduled.

__XX__     Due to entry of an order 06/11/2025.

_____    Other:

**If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

**If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

**If you are paying direct**, please be aware that the Trustee does not accept personal checks. You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date:  06/26/2025

                                                              Sincerely,
                                                              /s/ Locke D. Barkley
                                                              Chapter 13 Trustee

CC:    THOMAS C ROLLINS JR
       THE ROLLINS LAW FIRM PLLC
       PO BOX 13767

       JACKSON, MS 39236

## CERTIFICATE OF SERVICE

        I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  June 26, 2025

                                                /s/ Locke D. Barkley
                                                CHAPTER 13 TRUSTEE