UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

IN RE:                                                              CASE NO.: 24-13723-SDM
                                                                    CHAPTER 13
**James Moore, Jr.**
    Debtor,

**Sandra D Moore**
**aka Sandra Slack Moore,**
    Joint Debtor.

_____/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST<br>Name of Transferee | U.S. Bank Trust National Association, not in its individual capacity but as Owner Trustee for GSMS 2021-1 Trust<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance LP<br>Attn: BK Dept<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019 | Court Claim # (if known): 10-1<br>Amount of Claim: $78,661.51<br>Date Claim Filed: 1/31/2025 |
| Phone: 877-735-3637<br>Last Four Digits of Acct #: 6025 | Phone: 800-365-7107<br>Last Four Digits of Acct #: 3206 |

Name and Address where Transferee payments
should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637
Last Four Digits of Acct #: 6025

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Shellie Labell          Date:  October 7, 2025

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

James Moore, Jr.
219 Prentiss Ave
Drew, MS 38737

Sandra D Moore
219 Prentiss Ave
Drew, MS 38737

*And via electronic mail to:*

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Trustee
Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

By: /s/ *Long-Giang Nguyen*

Email: petnguyen@raslg.com