**Fill in this information to identify the case:**

Debtor 1   James Moore, Jr.

Debtor 2   Sandra D Moore
(Spouse, if filing)

United States Bankruptcy Court for the NORTHERN District of MISSISSIPPI

Case number 24-13723-SDM

## Official Form 410S1
## Notice of Mortgage Payment Change       12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST

**Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 6025

**Date of payment change:** 3/1/2026
Must be at least 21 days after date of this notice

**New total payment:** $1,577.35
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   
   _____
   
   _____

   Current escrow payment: $564.73     New escrow payment: $740.40

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   
   _____
   
   _____

   Current interest rate: _____         New interest rate: _____
   
   Current principal and interest payment: _____   New principal and interest payment: _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Debtor 1 <u>James Moore, Jr.</u>  Case number *(if known)* <u>24-13723-SDM</u>
Print Name    Middle Name    Last Name

**Part 3:  Annual HELOC Notice**

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

    ■ No
    ☐ Yes.

    Current HELOC payment:        $

    Reconciliation amount:        +$ or
                                  - $

    Amount of next payment (including reconciliation amount)         $

    Amount of the new payment thereafter (without reconciliation amount)   $

**Part 4:  Other Payment Change**

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ■ No
    ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

    Reason for change: _____

    **Current mortgage payment**            **New mortgage payment:**

| Part 5: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Shellie A. Labell   Date 01/29/2026
Signature

Print   Shellie A. Labell
        First Name    Middle Name    Last Name

Title   Authorized Agent for Creditor

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address   13010 Morris Road, Suite 450
          Number         Street

          Alpharetta                              GA      30004
          City                                    State   ZIP Code

Contact Phone   470-321-7112

Email   slabell@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 1/29/2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JAMES MOORE, JR.
219 PRENTISS AVE
DREW, MS 38737

SANDRA D MOORE
219 PRENTISS AVE
DREW, MS 38737

And via electronic mail to:

Thomas C. Rollins, Jr.
THE ROLLINS LAW FIRM, PLLC
PO BOX 13767
JACKSON, MS 39236

LOCKE D. BARKLEY
6360 I-55 NORTH,
SUITE 140
JACKSON, MS 39211

U. S. TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MS 39201

By: /s/ Priyadarshini Priyanka
Priyadarshini Priyanka



| | |
|---|---|
| P.O. Box 8619 | Telephone: (877) 735-3637 |
| Philadelphia, PA 19101-8619 | Fax: (866) 926-5496 |

Hours of Operation
Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00 am to 5:00 pm, CT

01/20/2026

SANDRA D MOORE
JAMES MOORE JR
219 PRENTISS AVE
DREW MS 38737

Re:   Account Number:
      Mortgagor(s):       SANDRA D MOORE
                          JAMES MOORE JR
      Property Address:   219  PRENTISS AVE
                          DREW MS 38737

**IMPORTANT BANKRUPTCY RELATED NOTICE.**

**If you have received an Order of Discharge in a Chapter 7 bankruptcy case or this account is subject to the automatic stay in an ongoing Chapter 7 bankruptcy case, we are not attempting to collect a debt from you personally. If you have received an Order of Discharge in a Chapter 11, 12 or 13 bankruptcy case, this Notice is not an attempt to collect a pre-petition debt pursuant to a completed and confirmed Bankruptcy Plan. This notice is sent for compliance and informational purposes only.**

Dear Mortgagor:

Your recent Escrow Analysis performed on 09/01/2025 identified an escrow shortage or deficiency of ($1,171.25). Please note that you have an option to make a lump sum payment to satisfy any escrow shortage or deficiency. Making a lump sum payment will reduce your escrow payment as the shortage spread payment element will be adjusted, provided you make this payment by 03/01/2026. This option is entirely voluntary, and Selene Finance wants to ensure that you know that this is not mandatory. For further assistance, please contact our Customer Service Department at (877) 735-3637.

Sincerely,

Escrow Department

**IMPORTANT NOTICES**

Selene Finance LP is required by law to advise you that it is a debt collector. However, if you are currently in a bankruptcy proceeding or have previously obtained an Order of Discharge in a Chapter 7 bankruptcy case, this communication is for compliance and/or informational purposes only and is not an attempt to collect the debt against you personally. Instead, it is a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief.  Please contact us to learn more about your right.
"Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call (800) 342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.



**selene**

P.O. Box 8619
Philadelphia, PA 19101-8619

SANDRA D MOORE
JAMES MOORE JR
219 PRENTISS AVE
DREW MS 38737

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT



**Online Information:** www.selenefinance.com
**Email:** customerservice@selenefinance.com

**Hours Of Operation:** Monday through Thursday 8:00 am to 9:00 pm, CT; Friday 8:00 am to 5:00 pm, CT
**Phone:** (877) 735-3637
**Hearing Impaired:** Call 711 or (800) 735-2989
**Fax:** (866) 926-5496



**Correspondence:**
P.O. Box 8619
Philadelphia, PA 19101-8619

| | |
|---|---|
| Analysis Date: | 01/20/26 |
| Loan Number: | |
| Borrower Name: | SANDRA D MOORE |
| Co-borrower Name: | JAMES MOORE JR |
| Property Address: | 219 PRENTISS AVE DREW MS 38737 |

## IMPORTANT BANKRUPTCY RELATED NOTICE.

If you have received an Order of Discharge in a Chapter 7 bankruptcy case or this account is subject to the automatic stay in an ongoing Chapter 7 bankruptcy case, we are not attempting to collect a debt from you personally. If you have received an Order of Discharge in a Chapter 11, 12 or 13 bankruptcy case, this Notice is not an attempt to collect a pre-petition debt pursuant to a completed and confirmed Bankruptcy Plan. This notice is sent for compliance and informational purposes only.

Each year Selene Finance LP reviews your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay your property taxes, flood insurance (if required), homeowner's insurance premiums and mortgage insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

### 1. What is the amount of my new monthly payment starting March 01, 2026?

| Payment Items | Previous Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $836.95 | $836.95 | $0.00 |
| Escrow | $564.72 | $642.80 | $78.08 |
| Shortage | $0.01 | $97.60 | $97.59 |
| **Total Payment** | **$1,401.68** | **$1,577.35** | **$175.67** |

- **Note:** If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled to reflect the new payment amount listed above. If you are currently set up on automatic payments with Selene Finance LP, this new amount will automatically take effect with your March payment.

### 2. What are the most common reasons that my escrow payment may change from year to year?

A. **Increases or Decreases in Amounts Billed –** The amounts we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance premiums, or homeowner's insurance premiums. The information below compares the amounts Selene Finance LP expected to pay for each item this past year from your escrow account to the actual amounts that were paid or will be due. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Anticipated Amounts Due | Actual Amounts Paid or Due | Difference |
|---|---|---|---|
| COUNTY TAX | Not Available | $316.96 | $316.96 |
| HOMEOWNERS I | Not Available | $7,396.73 | $7,396.73 |
| Total Annual Escrow Payments | $6,776.76 | $7,713.69 | $936.93 |
| Monthly Escrow Payments | $564.72 | $642.80 | $78.08 |

B. **Repayment of Escrow Shortage –** According to the projections shown in Table 1 on the reverse side, your escrow account will fall below the minimum required balance of $1,285.62 in January. This means you have a *shortage* of $1,171.25 in your escrow account.
Please be advised that this is not an attempt to collect any pre-petition escrow advances, which have been previously included in the subject mortgagee's Proof of Claim which includes the remaining escrow shortage of $6,437.49.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Shortage |
|---|---|---|---|---|
| ($6,323.12) | minus | $1,285.62 | equals | ($1,171.25) |

**ESCROW SHORTAGE SUMMARY**

Loan Number:

SANDRA D MOORE
JAMES MOORE JR
Case 24-13723-SDM    Doc 47    Filed 01/29/26    Entered 01/29/26 12:56:20    Desc Main
Document      Page 8 of 9
Loan Number:
NEW PAYMENT EFFECTIVE DATE: March 01, 2026

## ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow surplus or shortage.

TABLE 1 - ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Current Projected Balance | Required Projected Balance | Difference |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | -$5,680.23 | $1,928.51 | |
| March 26 | | $642.80 | $0.00 | -$5,037.43 | $2,571.31 | -$7,608.74 |
| April 26 | | $642.80 | $0.00 | -$4,394.63 | $3,214.11 | -$7,608.74 |
| May 26 | | $642.80 | $0.00 | -$3,751.83 | $3,856.91 | -$7,608.74 |
| June 26 | | $642.80 | $0.00 | -$3,109.03 | $4,499.71 | -$7,608.74 |
| July 26 | | $642.80 | $0.00 | -$2,466.23 | $5,142.51 | -$7,608.74 |
| August 26 | | $642.80 | $0.00 | -$1,823.43 | $5,785.31 | -$7,608.74 |
| September 26 | | $642.80 | $0.00 | -$1,180.63 | $6,428.11 | -$7,608.74 |
| October 26 | | $642.80 | $0.00 | -$537.83 | $7,070.91 | -$7,608.74 |
| November 26 | | $642.80 | $0.00 | $104.97 | $7,713.71 | -$7,608.74 |
| December 26 | COUNTY TAX | $642.80 | $316.96 | $430.81 | $8,039.55 | -$7,608.74 |
| January 27 | HOMEOWNERS I | $642.80 | $7,396.73 | -$6,323.12 | $1,285.62 | -$7,608.74 ** |
| February 27 | | $642.80 | $0.00 | -$5,680.32 | $1,928.42 | -$7,608.74 |
| **Totals** | | **$7,713.60** | **$7,713.69** | | | |

** Low Balance used to determine escrow surplus or shortage.

Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. A lower cushion may be required under state law. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter 'E' beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | Projected Disbursement Estimate | Projected Disbursement Actual | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | $0.00 | -$6,437.49 |
| October 25 | | | $564.73 * | | | | -$5,872.76 |
| November 25 | | | $564.73 * | | | | -$5,308.03 |
| December 25 | COUNTY TAX | | $564.73 * | | $316.96 * | | -$5,060.26 |
| December 25 | HOMEOWNERS I | | | | $7,396.73 * | | -$12,456.99 |
| January 26 | | | $6,212.03 E | | | | -$6,244.96 |
| February 26 | | | $564.73 E | | | | -$5,680.23 |
| **Totals** | | **$0.00** | **$8,470.95** | **$0.00** | **$7,713.69** | | |

If you have questions about your escrow analysis statement please contact our Customer Service Department at (877) 735-3637.

If you have an active bankruptcy or have received a bankruptcy discharge, we are sending this for informational, legal, or compliance purposes only. We are not trying to collect against you personally. If you have questions about this communication or your obligation to pay, please contact your attorney.

**IMPORTANT NOTICES:**

Selene Finance LP is required by law to advise you that it is a debt collector. However, if you are currently in a bankruptcy proceeding or have previously obtained an Order of Discharge in a Chapter 7 bankruptcy case, this communication is for compliance and/or informational purposes only and is not an attempt to collect the debt against you personally. Instead, it is a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service.  Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order. You also may be entitled to other protections under these laws, including interest rate and fee relief.  Please contact us to learn more about your right.
"Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call (800) 342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.