**SO ORDERED,**



*Selene D. Maddox*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                     CHAPTER 13 CASE NO.:

**JAMES MOORE, JR. and**
**SANDRA D. MOORE**                                   **24-13723-SDM**

### ORDER GRANTING MOTION TO DISMISS (DKT. #49)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #49) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"). The Trustee advised the Court that the Debtors did not cure the delinquency in plan payments. The Court finds that no response to the Motion was timely filed; therefore, the Motion is due to be granted and the Court orders as follows:

1.    The Motion shall be and is hereby granted.

2.    This case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                   Case No. 24-13723-SDM

James Moore, Jr.                                                         Chapter 13

Sandra D Moore

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1                         User: autodocke                              Page 1 of 3

Date Rcvd: May 08, 2026                      Form ID: pdf0005                             Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | James Moore, Jr., Sandra D Moore, 219 Prentiss Ave, Drew, MS 38737-3356 |
| 4494852 | + | ERC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 4494854 | + | Fox Collection Agency, 454 Moss Trail, Goodlettsvill, TN 37072-2029 |
| 4494859 | + | MGC Mortgage, P.O. Box 77404, Trenton, NJ 08628-6404 |
| 4494858 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 4496355 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, as, %Brittany Smith Taylor, 4245 Balmoral Drive SW, Suite 101, Huntsville, AL 35801-6497 |
| 4494861 | + | North Sunflower Hospit, 840 N Oak Ave, Ruleville, MS 38771-3227 |
| 4494862 | + | PASI, 7100 Commerce Way, Ste 100, Brentwood, TN 37027-6935 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 4494850 | | Email/Text: g17768@att.com | May 09 2026 00:32:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 4494848 | + | Email/Text: sbridwell@arscollections.com | May 09 2026 00:32:00 | Advanced Recovery, 219 Katherine Drive, Flowood, MS 39232-9588 |
| 4506663 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 09 2026 00:37:30 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4494849 | + | Email/Text: bankruptcy@acacceptance.com | May 09 2026 00:32:00 | American Credit Acce, 961 E Main St, Spartanburg, SC 29302-2149 |
| 4496093 | + | Email/Text: bankruptcy@acacceptance.com | May 09 2026 00:32:00 | American Credit Acceptance, 961 East Main St, Spartanburg, SC 29302-2149 |
| 4494851 | + | Email/Text: znotice@bankplus.net | May 09 2026 00:32:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 4494853 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 09 2026 00:37:45 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4494855 | + | Email/Text: bk@foxcollection.com | May 09 2026 00:32:00 | Fox Collection Center, Pob 528, Goodlettsville, TN 37070-0528 |
| 4494856 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 09 2026 00:32:00 | Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4494857 | + | Email/Text: ebone.woods@usdoj.gov | May 09 2026 00:32:00 | Internal Revenue Service, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4494990 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | May 09 2026 00:32:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson MS 39225-2808 |

District/off: 0537-1 | User: autodocke | Page 2 of 3
Date Rcvd: May 08, 2026 | Form ID: pdf0005 | Total Noticed: 30

| | | | | |
|---|---|---|---|---|
| 4494860 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 09 2026 00:32:00 | Navy Federal Credit Un, P.O. Box 3100, Merrifield, VA 22119-3100 |
| 4516851 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 09 2026 00:37:38 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4501114 | | Email/Text: bnc-quantum@quantum3group.com | May 09 2026 00:32:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 4494863 | | Email/Text: bankruptcy@towerloan.com | May 09 2026 00:32:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 4508652 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 09 2026 00:32:00 | The Bank of Missouri dba Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 4514262 | + | Email/Text: bankruptcy@towerloan.com | May 09 2026 00:32:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4494991 | + | Email/Text: USAMSN.Bankruptcy@usdoj.gov | May 09 2026 00:32:00 | U. S. Attorney, Northern District of Mississippi, 900 Jefferson Avenue, Oxford MS 38655-3608 |
| 4600317 | + | Email/Text: bkteam@selenefinance.com | May 09 2026 00:32:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 4514992 | | Email/Text: mtgbk@shellpointmtg.com | May 09 2026 00:32:00 | U.S. Bank Trust National Association,, c/o NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 4494864 | ^ | MEBN | May 09 2026 00:25:17 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4494865 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | May 09 2026 00:37:37 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4516854 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:**

District/off: 0537-1                        User: autodocke                              Page 3 of 3
Date Rcvd: May 08, 2026                     Form ID: pdf0005                           Total Noticed: 30

| Name | Email Address |
| --- | --- |
| Brittany Smith Taylor | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for U.S. Bank Trust National Association, not in its individual capacity but as Owner Trustee for GSMS 2021-1 Trust brittany.taylor@padgettlawgroup.com, Siedah.Jennings@padgettlawgroup.com;bkecf@padgettlawgroup.com;brittany.taylor@ecf.courtdrive.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Sandra D Moore trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor James Moore  Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 5