0004-73-EPIEXX-00451212-196644

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re:  JAMES MOORE, JR.                                           Case No.:  24-13723-SDM
        SANDRA D MOORE
              Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  11/22/2024.
2)  The plan was confirmed on  03/12/2025.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  04/09/2026.
5)  The case was dismissed on  05/08/2026.
6)  Number of months from filing or conversion to last payment:  14.
7)  Number of months case was pending:  18.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  49,471.72.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $47,112.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $47,112.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $2,216.43 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $3,768.96 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $5,985.39 |

Attorney fees paid and disclosed by debtor:          $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN CREDIT ACCEPTANCE | Secured | 25,738.74 | 28,856.32 | 17,309.00 | 2,943.91 | 1,668.77 |
| AMERICAN CREDIT ACCEPTANCE | Unsecured | 11,547.32 | 11,547.32 | 11,547.32 | .00 | .00 |
| ARS COLLECTIONS | Unsecured | 1,125.90 | NA | NA | .00 | .00 |
| AT&T | Secured | NA | NA | NA | .00 | .00 |
| AT&T SERVICES, INC | Secured | NA | NA | NA | .00 | .00 |
| ATTORNEY GENERAL | Secured | NA | NA | NA | .00 | .00 |
| BANKPLUS | Unsecured | 179.00 | NA | NA | .00 | .00 |
| ENHANCED RECOVERY CORPORATION | Unsecured | 223.68 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | Unsecured | 4,477.00 | NA | NA | .00 | .00 |
| FOX COLLECTION CENTER | Unsecured | 152.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 15,349.05 | 15,349.05 | 3,208.57 | .00 |
| INTERNAL REVENUE SERVICE | Secured | 29,517.57 | 37,981.73 | 37,981.73 | 6,740.24 | 2,918.95 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

0004-73-EPIEXX-00451212-196644

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

In re:  JAMES MOORE, JR.                                        Case No.:  24-13723-SDM
SANDRA D MOORE
            Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 19,636.80 | 19,636.80 | .00 | .00 |
| MERIT HEALTH | Secured | NA | NA | NA | .00 | .00 |
| NAVY FEDERAL CREDIT UNION | Secured | 250.00 | NA | NA | .00 | .00 |
| PADGETT LAW GROUP | Secured | NA | NA | NA | .00 | .00 |
| PASI | Unsecured | 814.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 676.05 | 676.05 | 676.05 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,504.57 | 1,504.57 | 1,504.57 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 722.89 | 722.89 | 722.89 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | .01 | 716.20 | 716.20 | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,081.65 | 1,081.65 | 1,081.65 | .00 | .00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,620.08 | 1,620.08 | 1,620.08 | .00 | .00 |
| SELENE FINANCE LP | Secured | 69,871.71 | 78,661.51 | 19,077.22 | 19,077.22 | .00 |
| SELENE FINANCE LP | Secured | 99.89 | 18,727.68 | 18,727.68 | 3,914.82 | .00 |
| SELENE FINANCE LP | Secured | 2,675.60 | 2,803.36 | 2,803.36 | 585.98 | .00 |
| SELENE FINANCE LP | Secured | 500.00 | 500.00 | 500.00 | 68.15 | .00 |
| SUNFLOWER CLINIC | Secured | NA | NA | NA | .00 | .00 |
| SUNFLOWER CO TAX COLLECTOR | Secured | NA | NA | NA | .00 | .00 |
| SUNFLOWER COUNTY CHANCERY CLE | Secured | NA | NA | NA | .00 | .00 |
| TOWER LOAN | Unsecured | 4,692.00 | 7,093.96 | 7,093.96 | .00 | .00 |
| TOWER LOAN COLLECTIONS DEPARTM | Secured | 1,047.00 | NA | NA | .00 | .00 |
| TOWER LOAN COLLECTIONS DEPARTM | Unsecured | 1,278.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S (9/1/2009)

0004-73-EPIEXX-00451212-196644

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re:  JAMES MOORE, JR.                                         Case No.:  24-13723-SDM
        SANDRA D MOORE
              Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO FINANCIAL BANK | Unsecured | 72.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 19,077.22 | 19,077.22 | .00 |
| Mortgage Arrearage: | 21,531.04 | 4,500.80 | .00 |
| Debt Secured by Vehicle: | 17,309.00 | 2,943.91 | 1,668.77 |
| All Other Secured: | 38,481.73 | 6,808.39 | 2,918.95 |
| **TOTAL SECURED:** | 96,398.99 | 33,330.32 | 4,587.72 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 15,349.05 | 3,208.57 | .00 |
| **TOTAL PRIORITY:** | 15,349.05 | 3,208.57 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 44,599.52 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $5,985.39 | |
| Disbursements to Creditors: | $41,126.61 | |
| **TOTAL DISBURSEMENTS:** | | $47,112.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:   05/29/2026          By:   /s/Locke D. Barkley
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)