**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **James Moore, Jr.**                                    **Case No. 24-13723-SDM**
         **Sandra D. Moore, Debtors**                            **CHAPTER 13**


**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing Hearing Notice was forwarded on June 22, 2026

By USPS First Class Mail, Postage Prepaid:

James Moore, Jr, & Sandra D. Moore
219 Prentiss Ave
Drew, MS 38737

By Electronic CM/ECF Notice:

Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, jr.

CM/ECF bvhrg11
(12/14/23)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:   James Moore, Jr. and Sandra D Moore   )
         Debtor(s)                           )
                                         )
                                         )
                                         )

Case No.: 24–13723–SDM
Chapter: 13
Judge: Selene D. Maddox

PLEASE TAKE NOTICE that a hearing will be held at

Go to Zoom.us/join, Enter Meeting ID 160 853 64415, and Passcode 3699380, OR call (646) 828–7666

on 7/23/26 at 10:00 AM

Responses Due: 7/14/26

to consider and act upon the following:

**55** – Final Application for Compensation for Thomas C. Rollins Jr., Debtor's Attorney, Fee: $2216.43, Expenses: $. Filed by Thomas C. Rollins Jr.. (Attachments: # 1 Exhibit B # 2 Exhibit C) (Rollins, Thomas)

      **This hearing will be conducted by VIDEO.** For procedures regarding video hearings, please see the Standing Order Regarding Video Hearings Before Judge Selene D. Maddox available on the Standing Orders page of the Court's website at www.msnb.uscourts.gov.

      Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

      A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at: http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 6/18/26

                                  Shallanda J. Clay
                                  Clerk, U.S. Bankruptcy Court

                            BY: SI
                                  Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   James Moore, Jr.                                    Case No. 24-13723-SDM
Sandra D. Moore, Debtors                                    CHAPTER 13

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF NECESSARY EXPENSES**
**FOR THOMAS C. ROLLINS, JR.**

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the Debtors, and

files this *Final Application for Allowance of Compensation and Reimbursement of Necessary*

*Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this

Honorable Court as follows, to-wit:

1.     On November 22, 2024, Debtors filed a bankruptcy petition under Chapter 13 of the

bankruptcy code.

**FEE AGREEMENT**

2.     The Debtors and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter

"the firm"), have agreed to an hourly billing arrangement in lieu of this Court's

standard "no look" fee award.  Per said agreement, attorney T.C. Rollins is billed at a

rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00

per hour.  Paralegals are billed at a rate of $155.00 per hour.  Legal Assistants bill at

$100.00 per hour.  Said rates are reasonable and in keeping with community custom

and standards for attorneys in this area.

3.     Throughout its representation of the Debtors herein, Applicant has maintained

itemized billing entries which are completed and maintained contemporaneously with

the associated service(s) provided.

**RETAINER**

4.    The Debtors herein did not provide a retainer.

## FEES PAID TO DATE

5.    The Court previously approved interim compensation in the amount of $2,046.20 (Dk #24 ) and $1,173.54 (Dk # 42).  Total interim compensation totals $3,219.74.

6.    The trustee has disbursed $2,216.43 on this claim as of June 11, 2026.

## ADDITIONAL FEES REQUESTED

7.    None.

8.    Waived

## TOTAL FEES FOR FINAL APPROVAL

1.    Applicant requests that the final award of attorneys fees be reduced to $2,216.43, being the amount already having been disbursed by the Trustee. A detailed accounting is attached hereto as Exhibit "B".

### A. LODESTAR ANALYSIS

**1. The prevailing hourly rate in the community under § 330**

The Applicant requests fees based on the following hourly rates: $360.00 for attorneys, $155.00 for paralegals, and $100.00 for legal assistants.

The hourly rates for attorneys with similar skills and experience as consumer bankruptcy attorneys can vary widely, typically ranging from $200 to $450 per hour. Due to the specialized nature of bankruptcy law, many attorneys are not proficient in this field. However, with 14 years of experience, approximately 4,000 bankruptcy cases filed, board certification in consumer bankruptcy law, and a strong community reputation, Thomas Rollins is well-qualified to command fees at the higher end of this range. Similarly, Jennifer Calvillo, who has 12 years of experience with the same firm, having worked on 90% of those 4,000 cases, holds board

certification in consumer bankruptcy law, is highly regarded in the community, and is a partner

in her firm, is equally positioned to charge at the upper end of this spectrum. The Applicants'

paraprofessionals charge a blended rate of $127.50 per hour, which is within the reasonable

range for paraprofessional services.

### 2. Reasonable hours expended

While Chapter 11 lawyers may only be compensated for reasonable time expended that

produce a material benefit to the estate, § 330(a)(B) provides that a chapter 13 debtor's attorney

can be awarded reasonable compensation for representing the interests of the debtor, based on

the benefit and necessity of such services to the debtor and the other factors found in § 330.

The services provided to the Debtor and the expenses incurred by the Applicant were

essential for administering the bankruptcy case, safeguarding the Debtor's rights, and fulfilling

the Applicant's obligations under the Bankruptcy Code.

An itemization of time is attached as Exhibit "B" and an affidavit of Applicant is attached as

Exhibit "C".

### 3. Lodestar calculation

The total lodestar amount is $2,216.43, representing a combined total of 22 hours at a

blended attorney/paraprofessional rate of $100.74 per hour.

### B. ADJUSTMENTS TO LODESTAR

After determining the appropriate lodestar amount, the Court must decide whether the

application of the § 330 factors and the Johnson factors warrant upward or downward

adjustment.

### 1.    § 330 Factors

The following § 330 factors were already discussed when determining the lodestar amount:

(A) The time spent on such services.

(B) The rates charged for such services.

(C) Whether the compensation is reasonable based on the customary compensation

charged by comparably skilled practitioners in cases other than cases under this title.

The remaining §330 factors are discussed below:

(D) Necessity and Benefit of Services.
    a. The services rendered were necessary to the administration of the case and were reasonably calculated to benefit the Debtor at the time they were performed. Counsel's work ensured compliance with the Bankruptcy Code, protected the Debtor's interests, and advanced the case toward resolution.
    b. This case was dismissed due to changed circumstance beyond the Debtor's control. Regardless of outcome, the services were appropriate and beneficial when rendered.
    c. No adjustment is warranted.

(E) Reasonableness of Time Spent.
    a. The time expended was reasonable in light of the nature and complexity of the case. Routine matters were handled efficiently, with appropriate delegation to support staff where possible.
    b. No adjustment is warranted.

(F) Skill and Experience of Counsel.
    a. Counsel is experienced in consumer bankruptcy practice and possesses the skill necessary to represent debtors effectively in cases of this type. This factor is reflected in the hourly rates used in the lodestar calculation.
    b. No further adjustment is warranted.

**2.  Johnson Factors**

The following *Johnson* factors were already discussed when determining the lodestar amount:

1. The time and labor required.

2. The novelty and difficulty of the questions presented.

3. The skill required to perform the legal services properly.

4. The customary fee in the community.

5. Whether the fee is fixed or contingent.

6. The experience, reputation, and ability of the attorneys.

The remaining *Johnson* factors are discussed below:

7. Preclusion of Other Employment.
   a. Not Applicable.
   b. No adjustment is warranted.

8. Time Limitations.
   a. Any time constraints were typical of consumer bankruptcy practice and do not justify an adjustment.
   b. No adjustment is warranted.

9. Amount Involved and Results Obtained.
   a. The results obtained are reflected in the Court's § 330 analysis above.
   b. No adjustment is warranted.

10. Undesirability of the Case.
    a. While consumer bankruptcy cases require extended commitment and carry inherent risk of nonpayment, these considerations are typical for this area of practice and are reflected in the Lodestar.
    b. No further adjustment is warranted.

11. Nature of Relationship with Client.
    a. The professional relationship with the Debtor was typical for a case of this type.
    b. No adjustment is warranted.

12. Awards in Similar Cases
    a. Compensation requested is consistent with fees awarded in similar cases and reflects reasonable compensation for comparable non-bankruptcy services.
    b. No adjustment is warranted.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtors to pay said attorneys' fees and expenses.  Applicants pray for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for
Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S.
Trustee are registered to receive electronic notice in this case.  The date of said notice is reflected
on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:  James Moore, Jr.                                    Case No. 24-13723-SDM
Sandra D. Moore, Debtors                              CHAPTER 13

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,000.50 | $45.70 | $2,046.20 | 24 | 01/23/2025 |
| $1,133.50 | $40.04 | $1,173.54 | 42 | 06/11/2025 |
| $983.50 | $58.56 | $1,042.06 | n/a | n/a |
| $4,117.50 | $144.30 | $4,261.80 | | |



# INVOICE

Invoice # 7369
Date: 12/20/2024
Due On: 01/19/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

James Moore, Jr. and Sandra D Moore

## 05633-Moore James Moore, Jr. and Sandra D

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | BM | 10/23/2024 | Reviewed documents provided by debtor: Information packet, PERS statements, tax returns, bank statements. Provided list of documents we still need to legal assistant. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 10/23/2024 | Incoming Call: Telephone call from debtor requesting to speak with SA; drafted email memo to SA and CO to call debtor back | 0.20 | $100.00 | $20.00 |
| Service | SA | 10/23/2024 | Call Debtor: Received email from CO and KAR advising client requested a phone call. I called and spoke with James who had questions about the credit counseling course and information being requested. I assisted by answering his question. | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/23/2024 | Incoming Call: Call from debtors with questions about the pre petition credit counseling, addressed all questions. | 0.20 | $155.00 | $31.00 |
| Service | SA | 10/25/2024 | In-Office Conference: Assisted clients with completing their first credit counseling course. | 2.00 | $100.00 | $200.00 |
| Service | CO | 10/28/2024 | Reviewed account to see what paper work is missing for refile. Drafted memo to BM for clarification on needed PERS information. Drafted email memo to debtors requesting Social Security Income information, PERS payments | 0.20 | $100.00 | $20.00 |

| | | | and color copies of their ID and SSC. | | | |
|---|---|---|---|---|---|---|
| Service | CO | 10/28/2024 | Incoming Call: phone conference with debtor with questions regarding email sent requesting PERS and Social Security income amounts, and color copies of their ID cards. Clarified what was need. | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/30/2024 | Reviewed file to determine if we have all documents needed for attorney review, information on debtors' PERS 13th check still needed. Sent memo to legal assistant. | 0.20 | $155.00 | $31.00 |
| Service | CO | 11/01/2024 | Call Debtor: Phone conference with debtors to request the amount for each of their 13th PERS checks. Update task notes and sent to BM. | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/04/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers licenses, and social security cards) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.20 | $155.00 | $31.00 |
| Service | BM | 11/05/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, Schedule I/J, Form 122 | 0.50 | $155.00 | $77.50 |
| Service | CO | 11/06/2024 | Contact Debtor (Text/Email): Sent an email with debtor's matrix for them to review and respond. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/07/2024 | Review & revise drafted petition, schedules prepared by bm. Sent back to bm to make changes | 0.30 | $360.00 | $108.00 |
| Service | CO | 11/18/2024 | Review and organize documents provided by debtor: received email from debtor with PERS statements for both debtors. Converted image file to PDF and organized into client's folder. | 0.20 | $100.00 | $20.00 |
| Service | BM | 11/18/2024 | Made remaining changes to Schedules after receiving information from debtors | 0.20 | $155.00 | $31.00 |
| Service | CO | 11/18/2024 | Incoming Call: Phone conference with debtor regarding notice from the court. Reviewed court notice on best case and informed debtors it was a notice relaying that their previous case was closing. | 0.10 | $100.00 | $10.00 |

| Service | JAC | 11/19/2024 | Input Case - calculate plan payment prepare schedule J and AF disclosure | 0.30 | $360.00 | $108.00 |
|---|---|---|---|---|---|---|
| Service | JAC | 11/22/2024 | Prepare draft declaration to ext stay for signing appointment | 0.20 | $360.00 | $72.00 |
| Service | JAC | 11/22/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | TR | 11/22/2024 | Conference w/ client to review and revise petition, schedules, statements and plan - discussed clients duties under bankruptcy code | 0.50 | $360.00 | $180.00 |
| Service | CO | 11/22/2024 | Call Debtor: Called debtor on behalf of attorney to ask how they let their bankruptcy case get dismissed and what steps they were taking to ensure they make they complete their bankruptcy plan this time. Debtor stated they tried to help their son who was also struggling financially and that set them behind. They stated once their case was dismissed they realized how important it was to prioritize taking care of their own financial responsibilities before trying to help anyone else. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/22/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | KR | 11/25/2024 | Draft Notice, Motion & Order: Drafted Motion and Proposed Order to Extend Stay; revised dates on the Declaration to Extend Stay | 0.30 | $155.00 | $46.50 |
| Service | CO | 11/25/2024 | Contact Debtor (Text/Email): Drafted email with chapter 13 yellow page information. Reviewed best case for chapter 13 plan and included the specifics of their bankruptcy plan into the yellow page document. included online payment information sheet and sent to debtors. | 0.20 | $100.00 | $20.00 |
| Service | TR | 11/25/2024 | Review and approve motion to extend stay drafted by KR | 0.10 | $360.00 | $36.00 |
| Service | KR | 11/26/2024 | Received the Declaration of Mailing from Certificate of Service; prepared the Motion to Extend Stay and the Declaration for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/26/2024 | Reviewed Hearing Notice for the docket number; revised the Proposed Order; prepared the Proposed Order for upload | 0.10 | $155.00 | $15.50 |

| | | | to the court | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 11/27/2024 | Review: Proof of Claim 24-13723-SDM American Credit Acceptance Document # 1 | 0.20 | $360.00 | $72.00 |
| Service | KR | 11/27/2024 | Prepared the Notice and the Plan for upload to Certificate of Service | 0.10 | $155.00 | $15.50 |
| Service | BB | 11/27/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | KR | 11/27/2024 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice with the Declaration of Mailing attached and the Plan for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 11/28/2024 | Review: 24-13723-SDM Meeting of Creditors Document# 6 | 0.20 | $360.00 | $72.00 |
| Service | TR | 11/28/2024 | Review: 24-13723-SDM Hearing Set (Document) Video Document# 9 | 0.10 | $360.00 | $36.00 |
| Service | KR | 12/02/2024 | Reviewed Plan; drafted Confirmation Order; drafted email memo to TR re: review Confirmation Order | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/02/2024 | Review email from Attorney: Reviewed email memo from TR re: Confirmation Order; prepared the Confirmation Order for upload to clio to attach with the Trustee documents for the Meeting of Creditors | 0.10 | $155.00 | $15.50 |
| Service | CO | 12/06/2024 | Review and organize documents provided by debtor: Reviewed Meeting of Creditors to determine debtor's trustee; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; reduced and redacted to include only the specific dates and information required by trustee. | 0.60 | $100.00 | $60.00 |
| Service | CO | 12/09/2024 | Call Debtor: Called debtor to remind them to make their first payment before Dec. 20th. Debtor had a question about notices from the court about hearings. Clarified to debtors that they only need to attend the meeting of creditors scheduled for 1/2/24 and scheduled a | 0.10 | $100.00 | $10.00 |

| | | | practice zoom call 12/23 at 2 pm. | | | |
|---|---|---|---|---|---|---|
| Service | KR | 12/10/2024 | Review and organize documents provided by debtor: Reviewed the court docket for the schedules to verify the financial accounts and income; reviewed all bank statements, pay advices, taxes, identification and the Confirmation Order for the legal assistant to upload to the Trustee's website for the Meeting of Creditors | 0.30 | $155.00 | $46.50 |
| Service | JAC | 12/12/2024 | Review: Proof of Claim 24-13723-SDM Quantum3 Group LLC as agent for Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/12/2024 | Review: Proof of Claim 24-13723-SDM Quantum3 Group LLC as agent for Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/17/2024 | Review: 24-13723-SDM Notice of Terminated Hearing due to Settlement, Default, Continuance or Dismissal Document# | 0.10 | $360.00 | $36.00 |
| Service | CO | 12/18/2024 | Contact Debtor (Text/Email): Drafted email and text to debtor requesting 2022 state tax returns. | 0.10 | $100.00 | $10.00 |
| Service | TR | 12/19/2024 | review and revise itemizations | 0.30 | $360.00 | $108.00 |
| Service | TR | 12/19/2024 | Review: 24-13723-SDM Order on Motion to Extend Automatic Stay Document# 12 | 0.10 | $360.00 | $36.00 |
| **Non-billable services** | | | | | | |
| Service | SA | 10/24/2024 | Sent options fee agreement to clients to e-sign; called Mr. Moore to advise. | 0.20 | $100.00 | $20.00 |
| Service | SA | 10/24/2024 | Incoming Call: Clients called with issues completing the credit counseling course. They requested to come into the office to complete it. Scheduled for 10/25 at 10am. | 0.20 | $100.00 | $20.00 |
| Service | SA | 10/24/2024 | Administrative - non-billable work: Received email notification that both clients e-signed fee agreement. | 0.10 | $100.00 | $10.00 |
| Service | KR | 10/25/2024 | Review and respond to email memo: Reviewed email memo from CO re: NSLDS task and credit report; reviewed previous case and best case for old credit report; drafted email memo to CO provided the credit report from previous case | 0.20 | $155.00 | $31.00 |
| Service | CO | 10/29/2024 | Review and respond to email memo: | 0.10 | $100.00 | $10.00 |

| | | | Reviewed email memo from SA about a missed call from debtor. Called debtor back and confirmed receipt of sent social security income letters and ID cards. | | | |
|---------|-----|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|--------|
| Service | CO | 10/29/2024 | Review of all documents to ensure we have all documents for attorney to prepare case. Sent file to attorney.: Converted and uploaded ID, social security cards, Social security benefits letter and PERS benefit letters into clients folder. | 0.30 | $100.00 | $30.00 |
| Service | CO | 11/07/2024 | Reviewed email from debtor with emergency contacts and updated their file. | 0.10 | $100.00 | $10.00 |
| Service | CO | 11/07/2024 | Reviewed email from debtor with emergency contact information. Replied to inquire about debtors matrix. | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/12/2024 | Made changes in best case per the attorney. | 0.20 | $155.00 | $31.00 |
| Service | CO | 11/14/2024 | Incoming Call: Phone conference with debtor regarding information requested by attorneys. Debtor stated they had not received an October statement for PERS and were willing to request one but it would take some time to arrive by mail. Since the statement amounts are the same from month to month we decided she would submit September along with the other information requested until October statement arrived. | 0.10 | $100.00 | $10.00 |
| Service | CO | 11/15/2024 | Review and organize documents provided by debtor: Received email from debtor with photos of their mortgage statement and PERS statements. Converted files to PDF and uploaded to debtor's folder. | 0.20 | $100.00 | $20.00 |
| Service | BB | 11/19/2024 | Contact Debtor (Text/Email): Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | BM | 11/21/2024 | Call Debtor: Call with debtors to provide assistance with e-signing fee agreement. Scheduled signing with attorney while we were on the phone | 0.30 | $155.00 | $46.50 |
| Service | JAC | 11/21/2024 | Review clio memo re: signing appointment scheduled | 0.10 | $360.00 | $36.00 |

| Service | SA | 11/22/2024 | Administrative - non-billable work: Scanned and emailed signing docs to JAC | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
|---|---|---|---|---|---|---|
| Service | JAC | 11/22/2024 | Send Debtor(s) the case number | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | JAC | 11/22/2024 | Update Contact | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |
| Service | KR | 11/25/2024 | Telephone conference with the Northern Bankruptcy Court re: Motion to Extend Stay; drafted email memo to TR re: Motion to Extend Stay/Declaration to Extend Stay | ~~0.20~~ | ~~$155.00~~ | ~~$31.00~~ |
| Service | SA | 11/25/2024 | Administrative - non-billable work: Changed Bucket to "Filed" in Lawmatics | ~~0.10~~ | ~~$100.00~~ | ~~$10.00~~ |
| Service | KR | 11/26/2024 | Review email from Attorney: Reviewed email memo from TR re: Motion to Extend; revised dated on Motion; prepared the Motion and the Declaration for upload to certificate of service | ~~0.20~~ | ~~$155.00~~ | ~~$31.00~~ |
| Service | KR | 11/26/2024 | Reviewed court docket for plan and the Meeting of Creditors; started drafted Notice of Plan | ~~0.20~~ | ~~$155.00~~ | ~~$31.00~~ |
| Service | JAC | 11/27/2024 | Review: 24-13723-SDM Notice of Appearance Document# 8 | ~~0.10~~ | ~~$360.00~~ | ~~$36.00~~ |

**Services Subtotal**     **$2,000.50**

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/26/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $18.92 | $18.92 |
| Expense | 11/27/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $26.78 | $26.78 |

**Expenses Subtotal**     **$45.70**

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 1.8 | $360.00 | $648.00 |
| | Thomas Rollins | Attorney | 1.4 | $360.00 | $504.00 |
| | Shaton Andrews | Non-Attorney | 2.1 | $100.00 | $210.00 |
| | Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Breanne McDaniel | Non-Attorney | 1.5 | $155.00 | $232.50 |
| | Clara Ortega | Non-Attorney | 1.9 | $100.00 | $190.00 |

| Kirsten Raimey | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | Non-Attorney | 1.2 | $155.00 | $186.00 |
| | | | **Subtotal** | **$2,046.20** |
| | | | **Total** | **$2,046.20** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7369 | 01/19/2025 | $2,046.20 | $0.00 | $2,046.20 |
| | | | **Outstanding Balance** | **$2,046.20** |
| | | | **Total Amount Outstanding** | **$2,046.20** |



# INVOICE

Invoice # 7883
Date: 05/07/2025
Due On: 06/06/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

James Moore, Jr. and Sandra D Moore

### 05633-Moore James Moore, Jr. and Sandra D

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 12/20/2024 | Drafted and reviewed invoice for attorney and expense fees | 0.20 | $0.00 | $0.00 |
| Service | KR | 12/20/2024 | Drafted lodestar with calculations from invoice; reviewed time entries for summary of work done on case; drafted Application for Compensation, affidavit and the Proposed Order | 0.70 | $0.00 | $0.00 |
| Service | KR | 12/20/2024 | Drafted email memo to TR re: reviewed 1st Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/20/2024 | Drafted email memo to VM with the affidavit to notarize for the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | KR | 12/20/2024 | Review email from Attorney: Reviewed email memo from TR re: 1st Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | CO | 12/23/2024 | Contact Debtor (Text/Email): Reviewed text from debtor asking if we received the documents emailed by them. Reviewed several emails with photos of federal tax returns. Responded to debtor's stating they were received but not what was requested, and asked if they had filed State taxes in 2022. | 0.10 | $100.00 | $10.00 |
| Service | CO | 12/30/2024 | Contact Debtor (Text/Email): Called debtor and attempted to leave a voicemail but could not. Drafted text | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to debtor requesting they call back. | | | |
| Service | BB | 12/30/2024 | Reviewed voicemail from debtor and forwarded to CO. | 0.10 | $0.00 | $0.00 |
| Service | CO | 12/30/2024 | Review and organize documents provided by debtor: Phone conference with debtor regarding state tax returns. Debtor stated they could not find copies of their tax returns for either year but would keep looking. Redacted social security number from 2022 and 2023 federal tax returns. Uploaded taxes, bank statements, pay advices, ID, social security cards and confirmation order per trustee requirements. | 0.40 | $100.00 | $40.00 |
| Service | CO | 12/31/2024 | Call Debtor: Called debtor to run through a practice zoom call. | 0.30 | $100.00 | $30.00 |
| Service | BB | 12/31/2024 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for their date. | 0.10 | $100.00 | $10.00 |
| Service | TR | 01/02/2025 | Review: 24-13723-SDM Hearing Set (Document) Video Document# 15 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/02/2025 | Attend Meeting of Creditors | 0.40 | $360.00 | $144.00 |
| Service | KR | 01/03/2025 | Drafted document with the debtor's contact information; prepared for upload to the Trustee's website | 0.20 | $155.00 | $31.00 |
| Service | KR | 01/06/2025 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certification of Compliance of Filing of Payment Advices with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/06/2025 | Review: Proof of Claim 24-13723-SDM Ally Bank Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/06/2025 | Review: Proof of Claim 24-13723-SDM Ally Bank Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/09/2025 | Review: Proof of Claim 24-13723-SDM Internal Revenue Service Document # 6 | 0.20 | $360.00 | $72.00 |
| Service | KR | 01/10/2025 | Call Debtor: Telephone conference | 0.10 | $155.00 | $15.50 |

Invoice # 7883 - 05/07/2025

| | | | with debtor about the IRS claim filed being higher than listed in the plan; informed him of the increased plan payment amount. | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/13/2025 | Review: Proof of Claim 24-13723-SDM The Bank of Missouri dba Fortiva Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/13/2025 | Review: Proof of Claim 24-13723-SDM The Bank of Missouri dba Fortiva Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/14/2025 | Review: 24-13723-SDM Objection to Confirmation of the Chapter 13 Plan Document# 20 | 0.10 | $360.00 | $36.00 |
| Service | TR | 01/14/2025 | Confirmation Hearing N.D. - 1/23/2025 | 0.10 | $0.00 | $0.00 |
| Service | TR | 01/16/2025 | Review: 24-13723-SDM Hearing Set (Document) Document# 22 | 0.10 | $360.00 | $36.00 |
| Service | CO | 01/21/2025 | Incoming Call: Phone conference with debtor inquiring about an objection to the debtor's chapter 13 plan, filed by the debtor's mortgage company. Reviewed court notices and tasks. Informed debtor the attorney was preparing a response and we would contact them with an update. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/23/2025 | Review: 24-13723-SDM Order on Application for Compensation Document# 24 | 0.10 | $0.00 | $0.00 |
| Service | BM | 01/30/2025 | Review: Proof of Claim 24-13723-SDM Tower Loan of Mississippi, LLC Document # 9 | 0.10 | $155.00 | $15.50 |
| Service | BM | 01/31/2025 | Review: Proof of Claim 24-13723-SDM U.S. Bank Trust National Association, Document # 10 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/01/2025 | Review: Proof of Claim 24-13723-SDM U.S. Bank Trust National Association, Document # 10 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/01/2025 | Review claims register to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/05/2025 | Review: 24-13723-SDM Notice to Debtor of Plan Payment Change Document# 26 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/05/2025 | Review: 24-13723-SDM Motion to Dismiss/Withdraw Document Document# 27 | 0.10 | $360.00 | $36.00 |

Invoice # 7883 - 05/07/2025

| Service | JAC | 02/05/2025 | Review: 24-13723-SDM Order on Motion to Dismiss/Withdraw Document Document# 28 | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | CO | 02/06/2025 | Contact Debtor (Text/Email): Reviewed Notice to Debtor of Plan Payment Change Document# 26; Drafted email to debtor with a copy of the notice. | 0.10 | $100.00 | $10.00 |
| Service | CO | 02/19/2025 | Incoming Call: Phone conference with debtor with questions concerning a motion to dismiss/withdraw its objections to the confirmation of plan. Informed debtor the creditor original had an issue with the plan but has since removed their objection. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/12/2025 | Review: 24-13723-SDM Notice to Debtor of Plan Payment Change Document# 34 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/12/2025 | Review: 24-13723-SDM Order Confirming Chapter 13 Plan Document# 35 | 0.10 | $360.00 | $36.00 |
| Service | CO | 03/17/2025 | Contact Debtor (Text/Email): Drafted email to debtor with notice of plan payment change. | 0.10 | $100.00 | $10.00 |
| Service | TR | 04/30/2025 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/07/2025 | Reviewed court docket for the previous order and invoice filed; reviewed Trustee's website for amount of attorney's fees paid; drafted 1st part of the Application and lodestar | 0.40 | $155.00 | $62.00 |

| | | **Services Subtotal** | **$1,133.50** |
|---|---|---|---|

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/24/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $40.04 | $40.04 |
| | | **Expenses Subtotal** | | | **$40.04** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.5 | $360.00 | $540.00 |
| Jennifer Curry Calvillo | | Attorney | 0.1 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 0.9 | $360.00 | $324.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Breanne McDaniel | Non-Attorney | 0.1 | $155.00 | $15.50 |
| Breanne McDaniel | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 1.2 | $100.00 | $120.00 |
| Clara Ortega | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 0.8 | $155.00 | $124.00 |
| Kerri Rodabough | Non-Attorney | 1.2 | $0.00 | $0.00 |
| | | | **Subtotal** | **$1,173.54** |
| | | | **Total** | **$1,173.54** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7369 | 01/19/2025 | $2,046.20 | $0.00 | $2,046.20 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7883 | 06/06/2025 | $1,173.54 | $0.00 | $1,173.54 |
| | | | **Outstanding Balance** | **$3,219.74** |
| | | | **Total Amount Outstanding** | **$3,219.74** |



# INVOICE

Invoice # 9131
Date: 06/11/2026
Due On: 07/11/2026

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

James Moore, Jr. and Sandra D Moore

### 05633-Moore James Moore, Jr. and Sandra D

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | KR | 05/07/2025 | Draft Fee Application and Proposed Order: Drafted 2nd invoice; drafted 2nd part of the Application and Lodestar using amounts from the 2nd invoice; drafted proposed order and affidavit; drafted internal message to TR re:review Applicaiton | 0.40 | $155.00 | $62.00 |
| Service | KR | 05/07/2025 | Drafted email memo to SA with the affidavit to sign and notarize for the 2nd Application | 0.10 | $0.00 | $0.00 |
| Service | TR | 05/08/2025 | Review and approved 2nd Fee App drafted by KR | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/08/2025 | Reviewed email memo from SA with the signed affidavit; merged with the Application for Compensation | 0.10 | $0.00 | $0.00 |
| Service | JAC | 05/08/2025 | Review: 24-13723-SDM Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 37 | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/09/2025 | Prepared the Application, Exhibits A, B, C and the Proposed Order for upload to the court | 0.20 | $0.00 | $0.00 |
| Service | KR | 05/12/2025 | Reviewed and revised all ecf filings with correct docket event; merged into ecf folder | 0.10 | $0.00 | $0.00 |
| Service | KR | 05/12/2025 | Reviewed court docket for the Hearing Notice; prepared the Hearing | 0.20 | $0.00 | $0.00 |

| | | | Notice, Application for Compensation, Exhibits A, B, and C for upload to Certificate of Service | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 05/12/2025 | Review: 24-13723-SDM Hearing Set (Document) Video Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/12/2025 | Review: 24-13723-SDM Order for Certificate of Service Document# 40 | 0.10 | $360.00 | $36.00 |
| Service | KR | 05/12/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Hearing Notice, Application, Exhibits A, B and C for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/03/2025 | Contact Debtor (Text/Email): Reviewed mortgage assistance letter from Shellpoint; drafted email to debtor with a copy of the letter to review | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/05/2025 | Reviewed Shellpoint - Mortgage Assistance Packet. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/11/2025 | Review: 24-13723-SDM Notice of Terminated Hearing due to Settlement, Default, Continuance or Dismissal Document# | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/12/2025 | Review: 24-13723-SDM Order on Application for Compensation Document# 42 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/27/2025 | Review: 24-13723-SDM Notice to Debtor of Plan Payment Change Document# 44 | 0.10 | $360.00 | $36.00 |
| Service | BB | 07/03/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing copy of notice from the Trustee about payments. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/29/2026 | Review: 24-13723-SDM Notice of Mortgage Payment Change Document# 47 | 0.10 | $360.00 | $36.00 |
| Service | CO | 02/04/2026 | Incoming Call: Phone conference with debtor wanting to know if we received a copy of the same letter he received from his mortgage company; reviewed and informed we have not yet. Drafted text to debtor for us to review the letter and answer his questions. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/10/2026 | Review: 24-13723-SDM Notice to Debtor of Plan Payment Change | 0.10 | $360.00 | $36.00 |

| | | | Document# 48 | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 04/10/2026 | Review: 24-13723-SDM Trustee's Notice and Motion to Dismiss Case for Failure to Make Plan Payments Document# 49 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/10/2026 | Call Debtor: Reviewed court docket for the Motion to Dismiss; reviewed the Trustee's website to verify how delinquency incurred; called debtor left message; drafted email and text regarding the dismissal; requested call back | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/13/2026 | Call Debtor: Called debtor again about the delinquency and the motion to dismiss that was filed by the Trustee left message; drafted another email and text requesting a call back | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/14/2026 | Call Debtor: Called debtor again about the delinquency and the motion to dismiss that was filed by the Trustee left message; drafted another email and text requesting a call back | 0.10 | $155.00 | $15.50 |
| Service | CO | 04/14/2026 | Contact Debtor (Text/Email): Reviewed: 24-13723-SDM Notice to Debtor of Plan Payment Change and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/14/2026 | Review email from debtor: Reviewed email from debtor stating they can not make the delinquency payment; drafted email to debtor inquiring if they can make any payments towards the delinquency | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/15/2026 | Call Debtor: Called debtor left message; drafted and email and text requesting a call back to discuss the delinquency and inquired about any payments he can send in to prevent the dismissal | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/17/2026 | Call Debtor: Called debtor left message; drafted email and text | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/20/2026 | Call Debtor: Called debtor left message; drafted email and text requesting a call back to discuss the Motion to Dismiss and the delinquency to find out how he got behind and options that he may have to prevent the dismissal | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 04/22/2026 | Call Debtor: Called debtor left another message; drafted another text and email about the Motion to Dismiss and the delinquency; confirming I received their email stating they could not afford to pay the delinquency but wanted to know if they could make payments towards the delinquency and how they got behind | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/23/2026 | Call Debtor: Called debtor left message; called emergency contacts left message on one; drafted email and text requesting a call back to discuss the Motion to Dismiss and the delinquency to find out how he got behind and options that he may have to prevent the dismissal | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/23/2026 | Drafted Contact Us Letter regarding the Motion to Dismiss; created task for VM to print and mail | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/27/2026 | Call Debtor: Called debtor left message; drafted email and text requesting a call back to discuss the Motion to Dismiss and the delinquency to find out how he got behind and options that he may have to prevent the dismissal | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/28/2026 | Call Debtor: Called debtor left another message; drafted another email and text requesting a call back to discuss the Motion to Dismiss and the delinquency; explained the urgency of the situation | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/29/2026 | Drafted email memo to TR re: response per Motion to Dismiss | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/30/2026 | Call Debtor: Phone conference with debtor he wants to let his case get dismissed; can not make payments anymore; drafted internal message to TR | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/30/2026 | Reviewed email memo from TR re: no response per the Motion to Dismiss since debtor can make the payments and wants his case dismissed | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/05/2026 | Review: 24-13723-SDM Order to Submit Proposed Order Document# 50 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/06/2026 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |

| Service | JAC | 05/08/2026 | Review: 24-13723-SDM Cancellation of Hearing in Dismissed Case Document# | 0.10 | $360.00 | $36.00 |
|---|---|---|---|---|---|---|
| Service | JAC | 05/08/2026 | Review: 24-13723-SDM Order on Motion to Dismiss Case for Failure to Make Plan Payments Document# 51 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/04/2026 | Review: 24-13723-SDM Chapter 13 Trustee's Final Report and Account Document# 53 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/11/2026 | Drafted Final Fee App | 0.70 | $155.00 | $108.50 |
| | | | | **Services Subtotal** | | **$983.50** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/12/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $58.56 | $58.56 |
| | | | **Expenses Subtotal** | | **$58.56** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 1.2 | $360.00 | $432.00 |
| Jennifer Curry Calvillo | | Attorney | 0.1 | $0.00 | $0.00 |
| Thomas Rollins | | Attorney | 0.2 | $360.00 | $72.00 |
| Thomas Rollins | | Attorney | 0.1 | $0.00 | $0.00 |
| Brooke Brueland | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Clara Ortega | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | | Non-Attorney | 2.9 | $155.00 | $449.50 |
| Kerri Rodabough | | Non-Attorney | 0.8 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$1,042.06** |
| | | | | **Total** | **$1,042.06** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7369 | 01/19/2025 | $2,046.20 | $0.00 | $2,046.20 |
| 7883 | 06/06/2025 | $1,173.54 | $0.00 | $1,173.54 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9131 | 07/11/2026 | $1,042.06 | $0.00 | $1,042.06 |

| | Outstanding Balance | $4,261.80 |
|---|---|---|
| | Total Amount Outstanding | $4,261.80 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **James Moore, Jr.**                                      **Case No. 24-13723-SDM**
   **Sandra D. Moore, Debtors**                                      **CHAPTER 13**

### AFFIDAVIT

I, Thomas C. Rollins, Jr., being first duly sworn, depose and state as follows:

1. I am an attorney licensed to practice law in the State of Mississippi and am one of the attorneys representing the debtor in the Chapter 13 case referenced in the attached Application.

2. I have personal knowledge of the matters stated herein and am competent to testify to them.

3. Attached to the Application as Exhibit "A" and/or "B" is a detailed statement of fees and expenses incurred in connection with my representation of the debtor in this matter.

4. I hereby swear and affirm that the statements, fees, and expenses listed in Exhibit "A" and/or "B" are true, accurate, and represent a reasonable accounting of the work performed, as well as any costs incurred on behalf of the debtor.

5. The fees and expenses detailed in Exhibit "A" and/or "B" are in accordance with customary rates for similar services and are fair, reasonable, and necessary under the circumstances of this Chapter 13 case.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
**Thomas C. Rollins, Jr.**

**SUBSCRIBED AND SWORN TO BEFORE ME,** this 17th day of June , 20 26 , by

Thomas C. Rollins, Jr.

_____
**Notary Public**

**My Commission Expires** _____

Exhibit "C"

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

James Moore, Jr.
Sandra D Moore

CASE NO: 24-13723

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/22/2026, I did cause a copy of the following documents, described below,

Hearing Notice and Application for Compensation

Affidavit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/22/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

James Moore, Jr.
Sandra D Moore

CASE NO: 24-13723

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 6/22/2026, a copy of the following documents, described below,

Hearing Notice and Application for Compensation

Affidavit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/22/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

JAMES & SANDRA MOORE
 219 PRENTISS AVE DREW
DREW MS 38737