_____

**SO ORDERED,**



/s/ Selene D. Maddox

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  **James Moore, Jr.**                         **Case No. 24-13723-SDM**
       **Sandra D. Moore, Debtors**                **CHAPTER 13**

### ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF
### COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES
### FOR THOMAS C. ROLLINS, JR.

THIS CAUSE having come on for consideration of the Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr. [DK #__55__] (the "Application") filed herein by counsel for the Debtors, the Court hereby orders as follows, to-wit:

IT IS THEREFORE ORDERED that a final award of attorney's fees is granted in the total amount of $2,216.43.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                                    Case No. 24-13723-SDM

James Moore, Jr.                                                                                  Chapter 13

Sandra D Moore

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1                                        User: autodocke                                        Page 1 of 2

Date Rcvd: Jul 15, 2026                               Form ID: pdf0003                                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

**Recip ID**                        **Recipient Name and Address**
db/jdb                     +  James Moore, Jr., Sandra D Moore, 219 Prentiss Ave, Drew, MS 38737-3356

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brittany Smith Taylor | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for U.S. Bank Trust National Association, not in its individual capacity but as Owner Trustee for GSMS 2021-1 Trust brittany.taylor@padgettlawgroup.com, Siedah.Jennings@padgettlawgroup.com;bkecf@padgettlawgroup.com;brittany.taylor@ecf.courtdrive.com |
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Sandra D Moore trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor James Moore  Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |

District/off: 0537-1                          User: autodocke                                 Page 2 of 2

Date Rcvd: Jul 15, 2026                       Form ID: pdf0003                            Total Noticed: 1

U. S. Trustee
          USTPRegion05.AB.ECF@usdoj.gov


TOTAL: 5